No. 57. BYRD *v.* BLUE RIDGE RURAL ELECTRIC COOPERATIVE, INC. Certiorari, 352 U. S. 999, to the United States Court of Appeals for the Fourth Circuit. Argued January 28, 1958. This case is restored to the calendar for reargument. Counsel are asked to brief and argue the application of *Erie R. Co.* v. *Tompkins,* 304 U. S. 64, in connection with question II of the questions presented in respondent's brief, and point III of the points in petitioner's reply brief. *Henry Hammer, Henry H. Edens* and *William E. Chandler, Jr.* for petitioner. *Wesley M. Walker* and *Ray R. Williams* for respondent.

No. 300, Misc. BARNES *v.* COLUMBIA BROADCASTING SYSTEM, INC.; and

No. 315, Misc. BARNES *v.* NATIONAL BROADCASTING Co., INC., ET AL. Motions for leave to file petitions for writs of certiorari denied.

No. 365, Misc. EL PASO NATURAL GAS Co. ET AL. *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari denied. *Arthur H. Dean* and *Dennis McCarthy* for the El Paso Natural Gas Co., and *Robert F. Campbell* and *Paul H. Ray* for the Pacific Northwest Pipeline Corporation, petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen* and *Daniel M. Friedman* for the United States.

No. 361, Misc. PATTERSON *v.* ROOD, SUPERINTENDENT, ATASCADERO STATE HOSPITAL;

No. 363, Misc. LEE *v.* JACKSON, WARDEN, ET AL.;

No. 379, Misc. RICHARDSON *v.* HAND, WARDEN; and

No. 385, Misc. TISCIO *v.* MARTIN, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.